Eric Bjorgum (Bar No. 198392)
Marc Karish (Bar No. 205440)
KARISH & BJORGUM, PC
16 N. Raymond St., Suite 307
Pasadena, California 91101
Telephone:  (213) 785-8070
Facsimile:   (213) 995-5010

Attorneys for Plaintiffs
LISA FANCHER and FRONTIER RECORDS

FILED
CLERK, U.S. DISTRICT COURT
SEP 26, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ____PMC____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

FRONTIER RECORDS and LISA FANCHER,

    Plaintiffs,

vs.

FRONTIERS RECORDS S.r.l., an Italian limited liability company; UNIVERSAL MUSIC GROUP DISTRIBUTION CORP. a Delaware corporation; and DOES 1-10, inclusive,

    Defendants.

Case No.  2:14-cv-00367 SVW (MRW)

**VOLUNTARY STIPULATED DISMISSAL WITH PREJUDICE**

**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**

**Judge: Hon. Stephen V. Wilson**

IT IS SO ORDERED.

DATED: September 26, 2014

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1

**STIPULATION TO DISMISS WITH PREJUDICE**

1 The parties in the above-entitled matter hereby stipulate that this matter be
2 dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil
3 Procedure 41(a)(1)(A)(ii).  Any and all claims by Plaintiffs Frontier Records and
4 Lisa Fancher against Defendants Frontiers Records S.R.L and Universal Music
5 Group Distribution Corp. are dismissed with prejudice pursuant to this stipulation,
6 with each party to bear its own costs, expenses and attorneys' fees.  The Court
7 shall retain jurisdiction over this matter to insure that the terms and
8 conditions of the parties' settlement agreement are honored and enforced.

RESPECTFULLY SUBMITTED,

Dated:  September 25, 2014          KARISH & BJORGUM, PC


By:    /s/ A. Eric Bjorgum
A. Eric Bjorgum
Attorneys for Plaintiffs
LISA FANCHER and FRONTIER RECORDS


Dated:  September 25,2014           MILLEN, WHITE, ZELANO & BRANIGAN


By:  /s/ Jeffrey Cohen

Jeffrey Cohen
Attorneys for Defendants
FRONTIERS RECORDS S.R.L. and UNIVERSAL MUSIC GROUP DISTRIBUTION CORP.

**STIPULATION TO DISMISS WITH PREJUDICE**